# United States District Court

WESTERN DISTRICT OF WASHINGTON

CALVIN MALONE

      v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5375BHS

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's Objections;

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** and Plaintiff must pay the entire filing fee for this action.


  November 10, 2008                                   BRUCE RIFKIN
Date                                                          Clerk

                                                              *s/CM Gonzalez*
                                                              Deputy Clerk